# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN REGAN, <br>     Plaintiff, <br> v. <br> CALIFORNIA STATE GOVERNMENT, et al., <br>     Defendants. | Case No. 19-cv-02560-YGR <br><br> **ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On July 10, 2019, the Court issued its order dismissing the instant action with leave to amend. Plaintiff John Regan was granted until August 16, 2019 to file an amended complaint. Plaintiff was also cautioned that failure to file an amended complaint by that time would result in dismissal of the action for failure to prosecute. (Dkt. No. 5.)

As of August 26, 2019, no amended complaint has been filed. Therefore, the instant action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**IT IS SO ORDERED.**
**Date: August 26, 2019**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**